# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ANDRES FERNANDEZ, and others similarly-situated,<br>*Plaintiff*<br>v.<br>DIAMOND CONTRACT SERVICES, INC., a foreign corporation,<br>*Defendant* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DIAMOND CONTRACT SERVICES, INC.
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, Florida 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Eddy O. Marban
Ocean Bank Building
782 N.W. LeJeune Road, Suite 350
Miami, Florida 33126

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/16/2010

*Signature of Clerk or Deputy Clerk*